IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS A. SCHUELKE,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

Case No. 18-cv-833-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of the defendant Andrew M. Saul, Commissioner of Social Security, and dismissing plaintiff's appeal.

| s/ V. Olmo, Deputy Clerk | 6/19/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |